RECEIVED
BY MAIL

JAN 31 2005

CLERK, US DIST. COURT
ST. PAUL, MN

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

EULOGIO MARTINEZ-ARELLANO
Petitioner

v.

Crim. No. 02-89(1)(RHK/AJB)
Civ. No. 04-3054(RHK)

UNITED STATES OF AMERICA
Respondent

Application for Certificate of Appealability

NOTICE OF APPEAL

**NOTICE** is hereby given that Eulogio Martinez-Arellano appeals the denial of his Motion pursuant 28 U.S.C. § 2255 on the 10th day of January, 2005, to the Eighth Circuit Court of Appeals.

Dated this 27 day of January, 2005.

Eulagio Martinez

Eulogio Martinez-Arellano
10311- M-D
Federal Correctional Complex-Low
P.O. Box 9000
Forrest City, AR 72336-9000

SCANNED
JAN 31 2005
U.S. DISTRICT COURT ST. PAUL