RECEIVED
BY MAIL
JAN 31 2005
CLERK, US DIST. COURT
ST. PAUL, MN

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**EULOGIO MARTINEZ-ARELLANO**
**Petitioner**

**v.**

**Crim. No. 02-89(1)(RHK/AJB)**
**Civ. No. 04-3054(RHK)**

**UNITED STATES OF AMERICA**
**Respondent**

**NOTICE OF APPEAL**

**NOTICE** is hereby given that Eulogio Martinez-Arellano appeals the denial of his Motion pursuant 28 U.S.C. § 2255 on the 10th day of January, 2005, to the Eighth Circuit Court of Appeals.

Dated this 27 day of January, 2005.

Eulogio Martinez

Eulogio Martinez-Arellano
10311- M-D
Federal Correctional Complex-Low
P.O. Box 9000
Forrest City, AR 72336-9000

SCANNED
JAN 31 2005
U.S. DISTRICT COURT ST. PAUL