AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

District of MINNESOTA

EULOGIO MARTINEZ-ARELLANO
Plaintiff

V.

UNITED STATES OF AMERICA
Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

RECEIVED BY MAIL FEB 17 2005 CLERK, US DIST. COURT ST. PAUL, MN

CASE NUMBER: 05-1368
CR 02-89 RHK/AJB

I, EULOGIO MARTINEZ-ARELLANO declare that I am the (check appropriate box)

☒ petitioner/~~plaintiff/movant~~ ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? ☒ Yes ☐ No (If "No," go to Part 2)

   If "Yes," state the place of your incarceration FCI Forrest City, P.O. Box 9000 Forrest City, AR 72336-9000

   Are you employed at the institution? yes Do you receive any payment from the institution? yes

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed? ☒ Yes ☐ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   Federal Correctional Complex-Low P.O. Box 9000 Forrest City, AR 72336-9000, and make $ 18.60 per month.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

| | | | |
|---|---|---|---|
| a. | Business, profession or other self-employment | ☐ Yes | ☒ No |
| b. | Rent payments, interest or dividends | ☐ Yes | ☒ No |
| c. | Pensions, annuities or life insurance payments | ☐ Yes | ☒ No |
| d. | Disability or workers compensation payments | ☐ Yes | ☒ No |
| e. | Gifts or inheritances | ☒ Yes | ☐ No |
| f. | Any other sources | ☐ Yes | ☒ No |

SCANNED FEB 17 2005 U.S. DISTRICT COURT ST. PAUL

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

I have received $ 402.02 in the past 6 months from family and friends; hoever, this are occasional gifts.

4. Do you have **any** cash or checking or savings accounts? ☐ Yes ☒ No

   If "Yes," state the total amount. ________________________

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value? ☐ Yes ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   N/A

I declare under penalty of perjury that the above information is true and correct.

2-10-05 — Date

Evidio Martinez — Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

PRINT

# Inmate Inquiry

| | | | |
|---|---|---|---|
| Inmate Reg #: | 10311041 | Current Institution: | Forrest City FCI |
| Inmate Name: | MARTINEZ-ARRELLANO, EULOGIO | Housing Unit: | MARIANNA U |
| Report Date: | 02/10/2005 | Living Quarters: | M16-162U |
| Report Time: | 9:11:50 AM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 6608 |
| FRP Participation Status: | Completed |
| Arrived From: | OKL |
| Transferred To: | |
| Account Creation Date: | 5/22/2003 |
| Local Account Activation Date: | 5/23/2003 4:19:50 AM |
| Sort Codes: | |
| Last Account Update: | 2/7/2005 10:50:03 PM |
| Account Status: | Active |
| ITS Balance: | $4.69 |

**FRP Plan Information**

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|

## Account Balances

| | |
|---|---|
| Account Balance: | $1.95 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $1.95 |
| National 6 Months Deposits: | $496.48 |
| National 6 Months Withdrawals: | $554.55 |
| National 6 Months Avg Daily Balance: | $88.02 |
| Local Max. Balance - Prev. 30 Days: | $149.55 |
| Average Balance - Prev. 30 Days: | $72.65 |

## Commissary History

### Purchases

| | |
|---|---|
| Validation Period Purchases: | $10.50 |
| YTD Purchases: | $191.10 |
| Last Sales Date: | 2/7/2005 2:40:48 PM |

### SPO Information

| | |
|---|---|
| SPO's this Month: | 0 |
| SPO $ this Quarter: | $0.00 |

### Spending Limit Info

| | |
|---|---|
| Spending Limit Override: | No |
| Weekly Revalidation: | No |
| Spending Limit: | $290.00 |
| Expended Spending Limit: | $10.50 |
| Remaining Spending Limit: | $279.50 |

## Commissary Restrictions

### Spending Limit Restrictions

| | |
|---|---|
| Restricted Spending Limit: | $0.00 |
| Restricted Expended Amount: | $0.00 |
| Restricted Remaining Spending Limit: | $0.00 |
| Restriction Start Date: | N/A |
| Restriction End Date: | N/A |

### Item Restrictions

| List Name | List Type | Start Date | End Date | Userid | Active |
|---|---|---|---|---|---|

## Comments

**Comments:**

# All Transactions

PRINT

| | | | |
|---|---|---|---|
| **Inmate Reg #:** | 10311041 | **Current Institution:** | Forrest City FCI |
| **Inmate Name:** | MARTINEZ-ARRELLANO, EULOGIO | **Housing Unit:** | MARIANNA U |
| **Report Date:** | 02/10/2005 | **Living Quarters:** | M16-162U |
| **Report Time:** | 9:12:12 AM | | |

| Date/Time | User Id | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|---|
| 2/7/2005 10:50:03 PM | AMService | ITS Withdrawal | ($10.00) | ITS0207 | | $1.95 |
| 2/7/2005 2:40:48 PM | FOR3001 | Sales | ($10.50) | 100 | | $11.95 |
| 2/1/2005 9:42:09 PM | AMService | ITS Withdrawal | ($10.00) | ITS0201 | | $22.45 |
| 1/31/2005 12:09:29 PM | FOR3005 | Sales | ($38.05) | 6 | | $32.45 |
| 1/26/2005 10:46:59 PM | AMService | ITS Withdrawal | ($10.00) | ITS0126 | | $70.50 |
| 1/22/2005 10:19:34 PM | AMService | ITS Withdrawal | ($10.00) | ITS0122 | | $80.50 |
| 1/18/2005 10:45:09 PM | AMService | ITS Withdrawal | ($7.00) | ITS0118 | | $90.50 |
| 1/18/2005 12:07:57 PM | FOR3005 | Sales | ($52.05) | 43 | | $97.50 |
| 1/12/2005 10:45:26 AM | FOR7018 | Payroll - IPP | $18.60 | JV0025 | | $149.55 |
| 1/11/2005 9:38:03 PM | AMService | ITS Withdrawal | ($5.00) | ITS0111 | | $130.95 |
| 1/11/2005 5:59:43 AM | AMSERVICE | Lockbox - CD | $50.00 | 70124001 | | $135.95 |
| 1/9/2005 9:28:57 AM | AMService | ITS Withdrawal | ($10.00) | ITS0109 | | $85.95 |
| 1/3/2005 2:23:03 PM | FOR3008 | Sales | ($24.60) | 80 | | $95.95 |
| 1/1/2005 1:40:51 PM | AMService | ITS Withdrawal | ($10.00) | ITS0101 | | $120.55 |
| 12/31/2004 6:45:54 PM | AMService | ITS Withdrawal | ($10.00) | ITS1231 | | $130.55 |
| 12/29/2004 8:15:55 PM | AMService | ITS Withdrawal | ($10.00) | ITS1229 | | $140.55 |
| 12/24/2004 4:43:16 PM | AMService | ITS Withdrawal | ($15.00) | ITS1224 | | $150.55 |
| 12/20/2004 5:40:58 PM | FOR3006 | Sales | ($9.95) | 193 | | $165.55 |
| 12/18/2004 1:07:39 PM | AMService | ITS Withdrawal | ($10.00) | ITS1218 | | $175.50 |
| 12/17/2004 5:10:04 AM | AMSERVICE | Lockbox - CD | $25.00 | 70122301 | | $185.50 |
| 12/15/2004 5:10:14 AM | AMSERVICE | Lockbox - CD | $50.00 | 70122101 | | $160.50 |
| 12/11/2004 11:37:23 AM | AMService | ITS Withdrawal | ($9.00) | ITS1211 | | $110.50 |
| 12/10/2004 12:22:43 PM | FOR7018 | Payroll - IPP | $18.60 | JV0015 | | $119.50 |
| 12/5/2004 2:16:39 PM | AMService | ITS Withdrawal | ($10.00) | ITS1205 | | $100.90 |
| 11/25/2004 6:41:43 PM | AMService | ITS Withdrawal | ($10.00) | ITS1125 | | $110.90 |
| 11/20/2004 11:42:52 AM | AMService | ITS Withdrawal | ($6.00) | ITS1120 | | $120.90 |
| 11/15/2004 6:26:12 PM | FOR3002 | Sales | ($42.55) | 134 | | $126.90 |
| 11/15/2004 6:25:47 PM | FOR3002 | Sales | $0.00 | 133 | | $169.45 |
| 11/15/2004 10:41:10 AM | FOR7018 | Payroll - IPP | $18.60 | JV0008 | | $169.45 |
| 11/13/2004 10:40:39 AM | AMService | ITS Withdrawal | ($10.00) | ITS1113 | | $150.85 |
| 11/9/2004 6:05:19 AM | AMSERVICE | Lockbox - CD | $50.00 | 70119704 | | $160.85 |
| 11/7/2004 8:47:21 PM | AMService | ITS Withdrawal | ($10.00) | ITS1107 | | $110.85 |
| 11/2/2004 5:24:16 AM | AMSERVICE | Lockbox - CD | $100.00 | 70119204 | | $120.85 |
| 10/31/2004 2:30:56 PM | AMService | ITS Withdrawal | ($16.00) | ITS1031 | | $20.85 |
| 10/24/2004 7:46:37 PM | AMService | ITS Withdrawal | ($10.00) | ITS1024 | | $36.85 |
| 10/14/2004 8:23:25 AM | FOR7018 | Payroll - IPP | $18.60 | JV0171 | | $46.85 |
| 10/12/2004 2:43:50 PM | FOR3000 | Sales | ($1.75) | 95 | | $28.25 |
| 10/11/2004 7:41:19 PM | AMService | ITS Withdrawal | ($10.00) | ITS1011 | | $30.00 |
| 10/6/2004 10:31:38 PM | AMService | ITS Withdrawal | ($9.00) | ITS1006 | | $40.00 |
| 10/4/2004 2:34:45 PM | FOR3004 | Sales | ($11.65) | 72 | | $49.00 |
| 9/26/2004 9:46:41 AM | AMService | ITS Withdrawal | ($10.00) | ITS0926 | | $60.65 |
| 9/18/2004 2:45:56 PM | AMService | ITS Withdrawal | ($12.00) | ITS0918 | | $70.65 |
| 9/14/2004 10:18:03 AM | FOR7018 | Payroll - IPP | $18.60 | JV0155 | | $82.65 |
| 9/13/2004 2:29:09 PM | FOR3004 | Sales | ($2.40) | 59 | | $64.05 |
| 9/13/2004 2:27:42 PM | FOR3004 | Sales | ($35.60) | 58 | | $66.45 |
| 9/8/2004 2:58:04 PM | FOR7011 | Local Collections | $60.00 | 38484 | | $102.05 |
| 9/6/2004 10:29:59 PM | AMService | ITS Withdrawal | ($10.00) | ITS0906 | | $42.05 |
| 8/30/2004 5:58:32 PM | FOR3004 | Sales | ($0.70) | 71 | | $52.05 |
| 8/30/2004 5:56:55 PM | FOR3004 | Sales | ($12.10) | 70 | | $52.75 |
| 8/29/2004 7:59:39 PM | AMService | ITS Withdrawal | ($10.00) | ITS0829 | | $64.85 |

1 2