# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

RECEIVED
BY MAIL
DEC 19 2005
CLERK, US DIST. COURT
ST. PAUL, MN

No. 05-1368

| | | |
|---|---|---|
| Eulogio Martinez-Arrellano, | * | |
| Appellant, | * | |
| | * | |
| vs. | * | Appeal from the United States District Court for the District of Minnesota |
| | * | |
| United States of America, | * | |
| | * | |
| Appellee. | * | CR 02-89 RHK/AJB |

Before ARNOLD, COLLOTON, and GRUENDER, Circuit Judges

**JUDGMENT**

This appeal comes before the court on appellant's application for a certificate of appealability. The court has carefully reviewed the original file of the district court, and the application for a certificate of appealability is denied. The appeal is dismissed.

(5361-010199)

October 14, 2005

Order Entered at the Direction of the Court:

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans

SCANNED
DEC 19 2005
U.S. DISTRICT COURT ST. PAUL